Disposition of Petitions for Discretionary Review Under G.S. 7A-31

MORRIS v. MORRIS

No. 232P86.

Case below: 79 N.C. App. 386.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 June 1986.

NEWTON v. BURLINGTON INDUSTRIES

No. 194P86.

Case below: 79 N.C. App. 370.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 June 1986. Notice of appeal by plaintiff pursuant to G.S. 7A-30 dismissed 3 June 1986.

NORTHWESTERN BANK v. BARBER

No. 238P86.

Case below: 79 N.C. App. 425.

Petition by defendant (Tom Kinley) for discretionary review pursuant to G.S. 7A-31 denied 3 June 1986.

PECK v. PECK

No. 258P86.

Case below: 79 N.C. App. 755.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 3 June 1986.

PITTMAN v. NATIONWIDE MUTUAL FIRE INS. CO.

No. 201P86.

Case below: 79 N.C. App. 431.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 June 1986.